UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3733

Filed: November 15, 2004

JUSTIN FARMER

    Plaintiff - Appellant

1:02cv530

v.

THE SQUARE D COMPANY, Severance Pay Plan for Salaried Employees

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 10/22/04 the mandate for this case hereby issues today.

A True Copy.

No costs taxed            Attest:

Filing Fee .........$
Printing ...........$

    Total .........$                    Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: November 15, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 03-3733
Farmer vs. Square D Co
District Court No. 02-00530

Enclosed is a copy of the mandate filed in this case.  The certified record was never sent to this Court on appeal.

Leonard Green, Clerk

(Ms.) Valerie Fields
Deputy Clerk

cc:
Honorable Sandra S. Beckwith
Mr. James P. Langendorf
Mr. Mark J. Stepaniak